DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Howard<br><br>Case below:<br>165 N.C. App. 707 | No. 473P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-780) | Dismissed<br>(12/02/04) |
| State v. Huckabee<br><br>Case below:<br>166 N.C. App. 281 | No. 536A04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-938)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>(12/02/04) |
| State v. Hudson<br><br>Case below:<br>159 N.C. App. 468 | No. 379P04 | Def's PWC to Review the Decision of the COA (COA02-684) | Denied<br>(12/02/04) |
| State v. Johnson<br><br>Case below:<br>164 N.C. App. 1 | No. 269P04 | 1. Def's (Johnson) NOA Based Upon a Constitutional Question (COA03-686)<br><br>2. AG's Motion to Dismiss Appeal (Johnson)<br><br>3. Def's (Johnson) PDR Under N.C.G.S. § 7A-31<br><br>4. Def's (Whisonant) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br><br><br>3. Denied<br>(12/02/04)<br><br>4. Denied |
| State v. Johnson<br><br>Case below:<br>160 N.C. App. 596 | No. 547P04 | Def's PWC to Review the Decision of the COA (COA02-1687) | Denied<br>(12/02/04) |
| State v. Jones<br><br>Case below:<br>165 N.C. App. 276 | No. 399P04-2 | 1. Def's NOA Based Upon a Constitutional Question (COA03-590)<br><br>2. Def's Petition for the Supreme Court of N.C. to Create, Order or Pass a New General Statute or Make a New Law | 1. Dismissed<br>*ex mero motu*<br>(12/02/04)<br><br>2. Dismissed<br>(12/02/04) |
| State v. Jones<br><br>Case below:<br>166 N.C. App. 281 | No. 534P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-976)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Denied<br>(12/02/04)<br><br>3. Allowed<br>(12/02/04) |
| State v. Kennedy<br><br>Case below:<br>165 N.C. App. 276 | No. 395P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-1448) | Denied<br>(12/02/04) |